BEFORE THE THIRD DIVISION, MAY 20, 1944

**No. 49429.**—Protests 102490–K, etc., of Atlantic Grain Co., Inc., et al. (Buffalo).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise in question is the same in all material respects as that involved in *Richardson* v. *United States* (12 Cust. Ct. 6, C. D. 823), the protests were sustained.

**No. 49430.**—Protests 71577–K, etc., of C. J. Tower & Sons (Buffalo).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise in question is the same in all material respects as that involved in *Richardson* v. *United States* (12 Cust. Ct. 6, C. D. 823), the protests were sustained.

**No. 49431.**—Protests 46016–K, etc., of Bunge North American Grain Corp. et al. (Buffalo).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise in question is the same in all material respects as that involved in *Richardson* v. *United States* (12 Cust. Ct. 6, C. D. 823), the protests were sustained.

**No. 49432.**—Protests 635358–G, etc., of B. Chesman & Son, Inc. (Boston).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146, 48269, and 39667. The protests were sustained to this extent.